**Order entered May 29, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00790-CR

**KADARRIN WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-31022-W**

## ORDER

The Court **GRANTS** the State's May 28, 2015 motion to extend time to file its brief. We

**ORDER** the State's brief filed as of the date of this order.


/s/      ADA BROWN
      JUSTICE